UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EFRAIN VIVEROS**  **PETITIONER**
ADC #134814

V.                                    NO. 4:21-CV-801-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al.*                **RESPONDENTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE